1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHRISTOPHER E. GARNER, | Case No. CV 09-9332 SVW(JC) |
|---|---|
| Petitioner, | |
| v. | (PROPOSED) |
| LARRY SMALL, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and accompanying documents, respondent's Motion to Dismiss the Petition, petitioner's Opposition, respondent's Reply, and all of the records herein, including the Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made.[1] The Court concurs with and adopts the findings, conclusions,

---

[1] To the extent petitioner presents new evidence and arguments for the first time in the Objections, this Court, in an exercise of its discretion, declines to consider them. See United States v. Howell, 231 F.3d 615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

1 | and recommendations of the United States Magistrate Judge and overrules the
2 | Objections.
3 |     IT IS HEREBY ORDERED that: (1) the Motion to Dismiss is granted;
4 | (2) petitioner's Post Appeal Claims 1-5 and 7-9 (as defined in the Report and
5 | Recommendation) are dismissed with prejudice; (3) in the absence of petitioner's
6 | filing of a first amended petition containing only exhausted and non-procedurally
7 | defaulted claims by the deadline to file objections to the Report and
8 | Recommendation, the Petition is denied and this action is dismissed without
9 | prejudice; and (4) Judgment be entered accordingly.
10 |     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
11 | the Report and Recommendation on petitioner and on respondent's counsel.
12 |     IT IS SO ORDERED.
13 | DATED: _____4/21/11_____

_[signature]_

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE