UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER E. GARNER,<br><br>               Petitioner,<br><br>      v.<br><br>LARRY SMALL,<br><br>               Respondent. | Case No. CV 09-9332 SVW(JC)<br><br>(PROPOSED)<br><br>JUDGMENT |

    Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that (1) respondent's Motion to Dismiss is granted; (2) petitioner's Post Appeal Claims 1-5 and 7-9 (as defined in the Report and Recommendation) are dismissed with prejudice; and (3) in the absence of petitioner's filing of a first amended petition containing only exhausted and non-procedurally defaulted claims by the deadline to file objections to the Report and Recommendation, the Petition is denied and this action is dismissed without prejudice.

DATED: 4/21/11

                                                  HONORABLE STEPHEN V. WILSON<br>                                                  UNITED STATES DISTRICT JUDGE